UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MELISSA B.,
                            Plaintiff,
     v.                                            5:20-CV-1541
                                                   (DJS)
COMMISSIONER OF SOCIAL SECURITY,
                            Defendant.
_____

**DANIEL J. STEWART**
**United States Magistrate Judge**

### ORDER

The Complaint in this action was filed December 11, 2020. Dkt. No. 1. The Court ordered the matter remanded to the Social Security Administration for further proceedings. Dkt. Nos. 18 & 19. Plaintiff has now filed a Motion for Attorney's Fees under the Equal Access to Justice Act. Dkt. No. 20. The Motion seeks that the fee award be paid directly to counsel. *Id.* Defendant does not oppose the Motion. Dkt. No. 21.

Based on the foregoing, Plaintiff is awarded fees under the Equal Access to Justice Act in the amount of $5,184.76. It is further ordered that payment will be made directly to Plaintiff's attorney pursuant to the agreed upon assignment from Plaintiff. *See* Dkt. No. 20-3.

**IT IS SO ORDERED**.

Dated: March 17, 2022
       Albany, New York

                                        _____
                                        Daniel J. Stewart
                                        U.S. Magistrate Judge